COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**
NO. 02-11-00111-CV

MICHAEL KEITH IVES                                                    APPELLANT

V.

LISA ANN IVES                                                              APPELLEE

------------

FROM THE 322ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Notice Of Dismissal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

---

[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  April 28, 2011